**FILED**

01/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0472

**IN THE SUPREME COURT OF THE STATE OF MONTANA Case No. DA-23-0472**

| | |
|---|---|
| CHARLES C. HILL, et al. | ON APPEAL FROM THE MONTANA WATER COURT |
| Plaintiff, | |
| v. | CASE NO.: DCERT-0004-WC-2021 |
| FRED ELLINGHOUSE, et al. | Water Right Claim No. 41C 30133316 |
| Defendant. | |
| | Certified From: Montana Fifth Judicial District Court Cause No. DV-1903-741 |
| BRADLEY LIVESTOCK, LC, | |
| Objector and Appellant, | |
| v. | |
| WILLIAM FRASER, | |
| Claimant and Appellee. | |

**ORDER GRANTING APPELLEE WILLIAM FRASER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Pursuant to Appellee's Unopposed Motion for Extension of Time, and good cause appearing therefor:

IT IS HEREBY ORDERED that Appellee William Fraser is granted a 30-day extension of time (up to and including February 5, 2024) in which to file its Opening Brief.

Electronically signed and dated below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 8 2024